UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALERIE PERRY, <br><br> Defendant. | Civ. No. 11-7225-WJM <br><br> ORDER <br><br> HON. WILLIAM J. MARTINI |

**THIS MATTER** coming before the Court upon the Defendant's notice of removal filed pursuant to 28 U.S.C. § 1446 on December 12, 2011; the Court noting that the Defendant previously sought to remove the exact same state court proceeding based on the exact same arguments on February 11, 2011, *see Citimortgage, Inc. v. Perry*, Civ. No. 11-1000; the Court having remanded that proceeding to state court for lack of subject-matter jurisdiction by, and for the reasons stated in, its December 1, 2011 Memorandum Opinion & Order and the adopted Report & Recommendation; the Court finding that Defendant has again failed to comply with Local Civil Rule 5.1(e) regarding the filing of a notice of removal; the Court finding that it still lacks subject-matter jurisdiction over this action and that the Defendant has raised no new arguments in support of removal; it appearing that Defendant is attempting to exploit the mechanism of removal solely to prevent the enforcement of a state court judgment; and good cause shown;

**IT IS** on this 15th day of December 2011, hereby,

**ORDERED** that this matter is **REMANDED** to the New Jersey Superior Court for further proceedings; and it is further

**ORDERED** that Defendant Valerie Perry **SHALL NOT** file any further notices of removal seeking to remove this action to this Court based on arguments this Court has already rejected nor shall she cause others to make such filings; and

Defendant Valerie Perry is hereby notified that if she continues to file complaints, notices of removal, or make other filings, regardless of their name, that seek removal of the state court proceedings based on arguments already rejected by this Court, then the Court may impose sanctions – including monetary sanctions – against her and may preclude her from filing any future actions or notice of removal without first obtaining leave from the Court.

       /s/ William J. Martini  
**WILLIAM J. MARTINI, U.S.D.J.**